IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:21-cv-00341-MR

| | |
|---|---|
| ADRIAN DOMINIC WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| K. GOODWIN, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The pro se Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred at the Lanesboro and Bertie Correctional Institutions.[1] [Doc. 1]. The Complaint passed initial review on claims against Defendants K. Goodwin and C. Smith for the use of excessive force and retaliation, and the remaining claims were dismissed. [Doc. 10]. The Plaintiff was granted 30 days to amend the Complaint. He was informed that, if he failed to do so, the matter would proceed solely on as to the Defendants and claims identified in the Order on initial review. [Id.].

---

[1] The Plaintiff is now incarcerated at the Scotland Correctional Institution.

The time to amend has expired, and no Amended Complaint has been filed. Therefore, the matter will proceed solely against the foregoing Defendants on the claims identified in the Order on initial review. The Court's Local Rule 4.3 sets forth the procedure to waive service of process for current or former employees of NCDPS in actions filed by North Carolina State prisoners. In light of the Court's determination that this case passes initial review, the Court will order the Clerk of Court to commence the procedure for waiver of service as set forth in Local Civil Rule 4.3 for Defendants Goodwin and Smith, who are alleged to be current or former employees of NCDPS.

**IT IS, THEREFORE, ORDERED** that the Clerk shall commence the procedure for waiver of service as set forth in Local Civil Rule 4.3 for Defendants K. Goodwin and C. Smith, who are alleged to be current or former employees of NCDPS.

**IT IS SO ORDERED**.

Signed: March 10, 2022

Martin Reidinger
Chief United States District Judge